■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CRISTIAN LARAREYES, Also Known as CRISTIAN LARA-REYES, Appellant. [23 NYS3d 588]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Toomey, J.), imposed November 17, 2014, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257 [2011]; *People v Lopez*, 6 NY3d 248, 257 [2006]; *People v Fortier*, 130 AD3d 642, 643 [2015]; *People v Pressley*, 116 AD3d 794, 796 [2014]) and, thus, does not preclude review of his excessive sentence claim. However, contrary to the defendant's contention, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Balkin, Hall, Cohen and Maltese, JJ., concur.